# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| TINA OLDHAM<br>on Behalf of herself and All Others<br>Similarly-situated,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>LAND O'FROST, INC.<br><br>　　　　*Defendant.* | **PROPOSED COLLECTIVE ACTION**<br><br>CASE NO: 4:19-CV-62-JHM<br><br>**JURY DEMAND** |

## ORDER GRANTING JOINT MOTION FOR JUDICIAL NOTICE OF SETTLEMENT

This matter comes before the Court on opt-in plaintiff Eric Travis ("Travis") and Defendant Land O'Frost, Inc.'s ("Defendant" and collectively, the "Parties") Joint Motion for Judicial Notice of Settlement. The Court, in *Eric Travis v. Land O'Frost, Inc.*, No. 4:19-CV-165-JHM (the "Travis Action"), found the terms of the Parties' settlement to be fair, reasonable, and adequate. The Court again finds that the settlement was negotiated at arms-length and Plaintiff's counsel has certified that the settlement is in Travis's best interest.

Accordingly, the Court hereby takes judicial notice of the Parties settlement agreement filed in the Travis Action. Based on the foregoing, it is hereby ORDERED and ADJUDGED that the settlement between Travis and Defendant is similarly approved in this matter.

*[signature: Joseph H. McKinley]*

Joseph H. McKinley Jr., Senior Judge
United States District Court

July 28, 2020

- 2 -

**APPROVED FOR ENTRY:**

*/s/ Mark N. Foster* (with permission)
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
MFoster@MarkNFoster.com

*Counsel for Opt-In Plaintiff Eric Travis*

&

*/s/ Michael A. Correll*
Michael A. Correll
(admitted *pro hac vice*)
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, Texas 75201
(469) 680-4200 – Telephone
(469) 680-4299 – Facsimile
mcorrell@reedsmith.com

Derrick T. Wright
STURGILL, TURNER, BARKER &
MOLONEY, PLLC
333 West Vine St., Suite 1500
Lexington, KY 40507
(859) 255-8581 – Telephone
(859) 231-0851 – Facsimile
dwright@sturgillturner.com

**ATTORNEYS FOR DEFENDANT**

US_ACTIVE-153965376.1